UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIO CABRERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. COLLINS, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01341-NONE-SKO (PC)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**<br><br>21-DAY DEADLINE |

On July 16, 2020, the Court issued an order referring this case to post-screening Alternative Dispute Resolution (ADR). (Doc. 25.) The Court directed the parties, within 40 days, to file the "Notice Regarding Early Settlement Conference" attached to the order, indicating whether they agree to participate in an early settlement conference. (*Id.* at 2.) Although more than the allowed time has passed, Plaintiff has not filed the Notice or otherwise responded to the Court's order.

Accordingly, the Court ORDERS Plaintiff to show cause in writing, **within 21 days** of the date of service of this order, why this action should not be dismissed for his failure to comply with the Court's order. Alternatively, within that same time, Plaintiff may file the Notice Regarding Early Settlement Conference with the Court, completed and signed.

///

///

**Failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute or to obey a court order.**

IT IS SO ORDERED.

Dated:   **September 4, 2020**             /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE