UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIO CABRERA, | Case No. 1:19-cv-01341-NONE-SKO (PC) |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING EXTENSION OF TIME** *NUNC PRO TUNC* |
| v. | |
| G. COLLINS, et al., | (Docs. 28, 29) |
| Defendants. | 21-DAY DEADLINE |

On July 16, 2020, the Court issued an order referring this case to Alternative Dispute Resolution. (Doc. 25.) The Court directed the parties, within 40 days, to file the "Notice Regarding Early Settlement Conference" attached to the order, indicating whether they agree to participate in an early settlement conference. (*Id.* at 2.) Although more than the allowed time passed, Plaintiff failed to file the Notice. Therefore, the Court ordered Plaintiff to show cause why this action should not be dismissed for his failure to comply with the Court's order. (Doc. 28.) Plaintiff filed a response and a request for an extension of time on October 1, 2020. (Doc. 29.)

Good cause appearing, the Court DISCHARGES its order to show cause (Doc. 28) and GRANTS Plaintiff's request for an extension of time (Doc. 29) *nunc pro tunc*. Plaintiff SHALL file the Notice Regarding Early Settlement Conference **within 21 days** of the date of service of this order.

**Failure to comply with this order may result in a recommendation that this action be dismissed for failure to obey court orders.**

IT IS SO ORDERED.

Dated:   **October 2, 2020**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE