1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11

DEMETRIO CABRERA,

Case No. 1:19-cv-01341-NONE-SKO (PC)

12

Plaintiff,

13

v.

**ORDER SETTING VIDEO
SETTLEMENT CONFERENCE**

14

G. COLLINS, et al.,

Date:  February 23, 2021
Time:  1:00 p.m.

15

Defendants.

16
17

On July 16, 2020, the Court stayed this matter and directed the parties to file a notice

18

indicating whether they agree to participate in an early settlement conference. (Doc. 25.) The

19

parties filed notices that they agree to do so. (Docs. 27, 31.)

20

Accordingly, the Court ORDERS:

21

1.  This matter is set for a settlement conference via Zoom before the undersigned on

22

**February 23, 2021, at 1:00 p.m.**

23

2.  This matter remains stayed until the completion of the settlement conference.

24

3.  Defense counsel shall arrange for Plaintiff's participation in the conference. Prior to

25

the conference, counsel shall contact the undersigned's courtroom deputy at

26

wkusamura@caed.uscourts.gov to arrange for the Zoom videoconference connection

27

information. The Court will issue a writ of *habeas corpus ad testificandum*, as

28

appropriate.

4. Each party or a representative with full authority to negotiate and enter into a binding settlement agreement shall participate in the conference. The failure of any counsel, party, or authorized person subject to this order to participate in the conference may result in the imposition of sanctions.

5. Consideration of settlement is a serious matter that requires thorough preparation prior to the settlement conference. Participants in the conference must be prepared to discuss the claims, defenses, and damages.

6. The parties shall engage in informal settlement negotiations. **No later than December 21, 2020**, Plaintiff shall submit to Defendants, by mail, a written itemization of his damages and a meaningful settlement demand, including a brief explanation of why such settlement is appropriate, which should not exceed 5 pages. **No later than January 11, 2021**, Defendants shall respond, by mail or telephone, with an acceptance of Plaintiff's offer or a meaningful counteroffer, including a brief explanation of why such settlement is appropriate. If settlement is achieved, the parties shall file a Notice of Settlement as required by Local Rule 160.

7. If settlement is not achieved informally, the parties shall submit confidential settlement conference statements **no later than February 8, 2021**. Once the parties have submitted their statements, they shall file a "Notice of Submission of Confidential Settlement Conference Statement" with the court. The confidential settlement conference statements themselves **should not be filed** with the court **nor served** on the opposing party. Defendants shall email their statement to skoorders@caed.uscourts.gov. Plaintiff shall mail his statement, clearly captioned "Confidential Settlement Conference Statement," to United States District Court, Attn: Magistrate Judge Sheila K. Oberto, 2500 Tulare Street, Room 1501, Fresno, CA 93721.

8. The confidential settlement conference statements should be no longer than 5 pages in length, typed or neatly printed, and include:

   a. A brief summary of the facts of the case;

b.  A brief summary of the claims and defenses of the case, i.e., the statutory, constitutional, or other grounds upon which the claims are founded;

c.  A forthright discussion of the strengths and weaknesses of the case and an evaluation of the likelihood of prevailing on the claims or defenses, from the party's perspective, and a description of the major issues in dispute;

d.  An estimate of the party's expected costs and time to be expended for further discovery, pretrial matters, and trial;

e.  A summary of past settlement discussions, including the initial settlement negotiations required above; a statement of the party's current position on settlement, including the amount the party would offer and accept to settle (in specific dollar amounts); and a statement of the party's expectations for settlement discussions;

f.  A list of the individuals who will be attending the conference on the party's behalf, including names and, if appropriate, titles; and,

g.  If a party intends to discuss the settlement of any other actions or claims not raised in this suit, a brief description of each action or claim, including case number(s), as applicable.

IT IS SO ORDERED.

Dated:   **November 6, 2020**               /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE