UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIO CABRERA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. COLLINS, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01341-NONE-SKO (PC)<br><br>**ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE DEMETRIO CABRERA, CDCR NO. T63372**<br><br>(Doc. 33) |

On January 28, 2021, the Court issued a writ of habeas corpus ad testificandum commanding the warden of California Correctional Institution to produce inmate Demetrio Cabrera, CDCR # T-63372, before Magistrate Judge Sheila K. Oberto for a video settlement conference on February 23, 2021, at 1:00 pm. (Doc. 33.)

On February 16, 2021, the Court vacated the settlement conference. (Doc. 35.) Thus, Mr. Cabrera is no longer required to appear before the Court on February 23, 2021. Accordingly, the Court **DISCHARGES** the writ of habeas corpus ad testificandum as to this inmate.

IT IS SO ORDERED.

Dated:　**February 17, 2021**　　　　　　　／s／ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE