**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIO CABRERA,<br><br>                   Plaintiff,<br><br>v.<br><br><br>G. COLLINS, et al.,<br><br>                   Defendants. | Case No. 1:19-cv-01341-NONE-SKO  (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR REMOTE APPEARANCE OF DEMETRIO CABRERA, CDCR NO. T-63372**<br><br>DATE:  March 11, 2021<br>TIME:  9:15 A.M. |

Demetrio Cabrera, CDCR # T-63372, a necessary participant in a settlement conference on March 11, 2021, is confined at California Correctional Institution in Tehachapi, California, in the custody of the warden. To secure the inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian of the prison to produce the inmate before Magistrate Judge Sheila K. Oberto, U.S. District Court, Eastern District of California, by Zoom videoconference on March 11, 2021, at 9:15 A.M.

### ACCORDINGLY, THE COURT ORDERS:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the warden to produce the inmate named above, by Zoom videoconference, to participate in a settlement conference before Magistrate Judge Sheila K. Oberto on the date and time above, until completion of the conference or as ordered by the court. Zoom videoconference connection information will be provided to defendants' counsel.

2.  The custodian is ordered to notify the court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California Correctional Institution**

**WE COMMAND** you to produce the inmate named above to testify before Judge Oberto on the date and time above, by Zoom videoconference, until completion of the proceedings or as ordered by the court.



**FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.


Dated:  __**March 8, 2021**__                    _____/s/ *Sheila K. Oberto*_____
                                                        UNITED STATES MAGISTRATE JUDGE