1
2
3
4
5
6
7

8        UNITED STATES DISTRICT COURT
9        EASTERN DISTRICT OF CALIFORNIA
10

11 | DEMETRIO CABRERA, | Case No. 1:19-cv-01341-NONE-SKO (PC)
12 | Plaintiff, |
13 | v. | **ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**
14 | G. COLLINS, et al., |
15 | Defendants. |
16

17     The parties have filed stipulations of dismissal with prejudice pursuant to Federal Rule of
18 Civil Procedure 41(a)(1). (Docs. 42-43.) The rule provides that a "plaintiff may dismiss an action
19 without a court order by filing . . . a stipulation of dismissal signed by all parties who have
20 appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Once a stipulation under Rule 41(a)(1) is properly
21 filed, no order of the court is necessary to effectuate dismissal; the dismissal is effective
22 automatically. *See Com. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999).
23     Because the parties have filed stipulations of dismissal, signed by all parties or their
24 counsel of record, this action has terminated. Accordingly, the Court DIRECTS the Clerk of the
25 Court to close this case.
26 ///
27 ///
28 ///

As stated on the record during the March 11, 2021 settlement conference, the Court will retain jurisdiction over the parties' settlement agreement to ensure that its terms are met.

IT IS SO ORDERED.

Dated: **March 30, 2021**         /s/ *Sheila K. Oberto*
                        UNITED STATES MAGISTRATE JUDGE