UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIO CABRERA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. COLLINS, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01341-DAD-SKO (PC)<br><br>**ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE**<br><br>21-DAY DEADLINE |

　　　　On March 30, 2021, the parties filed stipulations of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Docs. 42-43.) On March 31, 2021, the Court closed this case, but retained jurisdiction over the parties' settlement agreement to enforce its terms. (Doc. 44.)

　　　　On July 15, 2021, Plaintiff filed a motion for miscellaneous relief regarding the parties' settlement agreement and his settlement award. (Doc. 45.) The Court denied the motion on September 30, 2021. (Doc. 48.)

　　　　On October 18, 2021, Plaintiff filed a response to the Court's order. (Doc. 49.) Plaintiff also renews his motion for miscellaneous relief, stating that he has not yet received his settlement funds or a copy of the executed settlement agreement. (*Id.* at 4-5.) Plaintiff also again objects to the withdrawal of taxes from his settlement award. (*Id.* at 4.)

///

1  Within 21 days of the date of service of this order, the Court DIRECTS Defendants to file
2  a response to Plaintiff's motion.

IT IS SO ORDERED.

Dated:   **November 24, 2021**              /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE